UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHAWN HALL, | ) | Civil Action No.: |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00088-RSK |
| | ) | |
| v. | ) | Hon. Ray Kent |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to re-consider reopening the prior application filed on November 29, 2011, obtain medical expert evidence to evaluate Plaintiff's functional ability prior to attaining age 18, and re-evaluate Plaintiff's functional ability prior to attaining age 18 considering the opinion evidence and the weight assigned to such.

DATED: July 31, 2018.

/s/ Ray Kent
Hon. Ray Kent
MAGISTRATE JUDGE